**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7177**

JOSEPH RANDOLPH MAYS,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:22-cv-00036-JPB-JPM)

Submitted:  May 23, 2023                    Decided:  March 25, 2023

Before AGEE, WYNN, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Randolph Mays, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Randolph Mays appeals the district court's orders dismissing with prejudice his action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671-2680, and denying his motion to file an out-of-time response to the United States' motion to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Mays v. United States*, No. 5:22-cv-00036-JPB-JPM (N.D.W. Va. Sept. 6, 2022; Sept. 22, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*